UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        David Wayne Schneider            Bankruptcy No. 21-30347-KLP

              Debtor.                          Chapter 7

### NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE

The undersigned counsel hereby notes his appearance on behalf of the Estate of Shirley M. Nesmith, a creditor and party in interest herein, and requests that copies of all notices and papers in this case, including any notices required to be served under Bankruptcy Rule 2002, be served on the following person at the address indicated below:

Robert A. Canfield, Esquire
CANFIELD WELLS, LLP
4124 E. Parham Road
Richmond, Virginia 23228


By:      /s/   Robert A. Canfield
              Counsel


CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2021, a copy of the foregoing Notice was either electronically transmitted and/or mailed by regular mail, postage prepaid to all necessary parties:

James E. Kane, Esquire
Kane & Papa, PC
1313 East Cary Street
P.O Box 508
Richmond, VA 23218
*Counsel for Debtor*


/s/ Robert A. Canfield
Robert A. Canfield

Robert A. Canfield, VSB 16901
Canfield Wells, LLP
4124 E. Parham Road
Richmond, VA 23228
☎ 804-673-6600
📠 804-673-6604