# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Richmond__    Division

In re  David Wayne Schneider

Case No.  21-30347-KLP

Debtor(s)    Chapter  7

## ORDER GRANTING EXTENSION OF TIME
## TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

The above debtor(s) having filed a motion for extension of time to file Certification About a Financial Management Course (Official Form 423) pursuant to Federal Rules of Bankruptcy Procedure 1007(c), it is, therefore

**ORDERED**, under authority of Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, the time for filing the Certification About a Financial Management Course (Official Form 423), as described in 11 U.S.C. § 111, is extended until _____5/17/2021_____. Failure to file the certification will result in the case being closed without an entry of discharge.

Date:  May 5 2021

/s/ Keith L Phillips
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:  May 6 2021

[oextof23 ver. 12/15]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 21-30347-KLP |
| David Wayne Schneider | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: baumgartn | Page 1 of 2 |
| Date Rcvd: May 06, 2021 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Wayne Schneider, 221 Harwick Drive, North Chesterfield, VA 23236-4015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James E. Kane | on behalf of Debtor David Wayne Schneider jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Mark David Meyer | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007- HE6 bankruptcy@rosenberg-assoc.com |
| Peter J. Barrett | peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |
| Robert A. Canfield | on behalf of Creditor Estate of Shirley Nesmith bcanfield@canfieldbaer.com jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com |

| District/off: 0422-7 | User: baumgartn | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: pdford9 | Total Noticed: 1 |

Shannon Pecoraro   on behalf of U.S. Trustee John P. Fitzgerald III Shannon.pecoraro@usdoj.gov, june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov

TOTAL: 6