**KUTAK ROCK LLP**
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
(804) 644-1700
*Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| DAVID WAYNE SCHNEIDER, | ) Case No. 21-30347 (KLP) |
| Debtor. | ) |

## ORDER GRANTING APPLICATION TO EMPLOY KUTAK ROCK LLP AS COUNSEL FOR THE TRUSTEE

This matter came before the Court upon the *Application to Employ Kutak Rock LLP as Counsel for the Trustee* (the "Application") filed by Peter J. Barrett, Trustee for the Bankruptcy Estate of David Wayne Schneider (the "Trustee"), pursuant to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedures; and it appearing that the relief requested in the Application is appropriate and the good cause otherwise exists to grant the relief provided for herein, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is approved.

2. Kutak Rock LLP is authorized to serve as counsel for the Trustee.

3. Kutak Rock LLP shall be compensated in accordance with 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure and the approval of the Court.

4. No further service of this Order is required as all necessary parties shall receive service via CM/ECF.

Dated: Sep 22 2021
Richmond, Virginia

/s/ Keith L Phillips
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Sep 23 2021

https://kutakrock-my.sharepoint.com/personal/charisse_matthews_kutakrock_com/Documents/Desktop/Barrett - Schneider - Order Application to Employ KR.docx

I ask for this:

 /s/ *Peter J. Barrett*
Peter J. Barrett (VA 46179)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:	(804) 644-1700
Facsimile:	(804) 783-6192
Peter.Barrett@kutakrock.com
*Chapter 7 Trustee*


Seen and No Objection:


/s/ *Shannon Pecoraro*
Shannon Pecoraro (VA 46864)
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219
*Trial Attorney*


### CERTIFICATION OF ENDORSEMENT
### UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ *Peter J. Barrett*

## SERVICE LIST

Shannon Pecoraro
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

James E. Kane
Kane & PaPa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508
*Counsel for the Debtor*