# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| IN RE:<br><br>DAVID WAYNE SCHNEIDER<br><br>Debtor | Case No. 21-30347-KLP<br>Chapter 7 |
| SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007- HE6<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119<br><br>    Movant<br><br>v.<br><br>DAVID WAYNE SCHNEIDER<br>221 Harwick Drive<br>Richmond, VA 23236<br><br>and<br><br>PETER J. BARRETT<br>CHAPTER 7 TRUSTEE<br>Kutak Rock, LLP<br>901 East Byrd Street, Suite 1000<br>Richmond, VA 23219<br><br>    Respondents | Motion No. |

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Mark D. Meyer, Esq.
VA Bar 74290
File Number: 79358

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Select Portfolio Servicing, Inc., as servicer for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007- HE6 to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a) is modified to permit the movant and its successors and assigns to enforce the lien of

its deed of trust as it pertains to the real property located at 221 Harwick Drive, Richmond, VA 23236, and is more particularly described as follows:

ALL that certain lot of land with improvements thereon and appurtenances thereto, lying in Midlothian District, Chesterfield County, Virginia, designated as Lot 6, Block C, Section A, of Stonehenge, in plan of subdivision made by F. T. Seargent, dated September 20, 1966, recorded October 13, 1966, in the Clerk's Office, Circuit court, Chesterfield County, Virginia, in Plat Book 15, pages 62-64, to which plat reference is made for a more particular description of said lot.

BEING the same real estate conveyed to David Wayne Schneider and David Irvin Bryson, by deed from Sylvia G. McClish, dated June 19, 2000, recorded July 5, 2000 in Deed Book 3858, page 983, the Clerk's Office, Circuit Court, Chesterfield County, Virginia.

Which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Done at Richmond-Eastern, Virginia, this _____.

Oct 28 2021

/s/ Keith L Phillips
_____
United States Bankruptcy Judge

Entered on docket: Oct 29 2021 _____

I ask for this:
/s/ Mark D. Meyer
Mark D. Meyer, Esq.
Attorney for Movant

Seen:

 /s/ Peter J. Barrett
Peter J. Barrett
Chapter 7 Trustee

Copy to:

Mark D. Meyer, Esq.
James E. Kane, Esq.
Peter J. Barrett, Trustee

Copy Mailed to:
DAVID WAYNE SCHNEIDER

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

MARK D. MEYER, ESQ.
VA BAR 74290
FILE NUMBER: 79358

Page 2

The undersigned certifies that the foregoing Order Granting Relief from Automatic Stay is identical to the form order required by Administrative Order 10-2 and that no modification, addition, or deletion has been made.

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

Local Rule 9022-1 (C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Mark D. Meyer, Esq.
VA Bar 74290
File Number: 79358