# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division  
701 East Broad Street  
Richmond, VA 23219

**Case Number** 21−30347−KLP  
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Wayne Schneider  
221 Harwick Drive  
North Chesterfield, VA 23236

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):  
Debtor: xxx−xx−2942

Employer Tax−Identification (EIN) No(s).(if any):  
Debtor: NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **June 30, 2022**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court

701 East Broad Street  
Richmond, VA 23219

For the Court,

William C. Redden, Clerk  
United States Bankruptcy Court

Dated:   March 30, 2022

[B2040.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                          Case No. 21-30347-KLP
David Wayne Schneider                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                             User:                                          Page 1 of 3
Date Rcvd: Mar 30, 2022                          Form ID: 2040                                  Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Wayne Schneider, 221 Harwick Drive, North Chesterfield, VA 23236-4015 |
| aty | | Kutak Rock LLP, 901 East Byrd Street, Suite 1000, Richmod, VA 23219-4071 |
| cr | + | Deutsche Bank National Trust Company, as Trustee,, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| cr | + | Estate of Shirley Nesmith, c/o Canfield Wells LLP, 4124 East Parham Road, Richmond, VA 23228-3745 |
| 15573222 | + | Boulders Ambulatory Surgery, 1115 Boulders Pkwy., Ste. 210, Richmond, VA 23225-4067 |
| 15573224 | + | Callfedc/u, 4605 Commerce Road, Richmond, VA 23234-2233 |
| 15573232 | + | Commonwealth Anesthesia, PO Box 35808, Richmond, VA 23235-0808 |
| 15573236 | | Gilliam & Mikula, PLLC, 804 Moorefield Park Drive, Suite 200, Richmond, VA 23236-3671 |
| 15573237 | | Honda Financial Services, P.O. Box 16088, Irving, TX 75016-0000 |
| 15573239 | + | Lafayette Ayers & Whitlock, 10160 Staples Mill Road, Suite 105, Glen Allen, VA 23060-3447 |
| 15573240 | + | Loanme, P.O. Box 5645, Orange, CA 92863-5645 |
| 15573248 | + | Richmond Commonwealth Atty, 400 North 9th Street, Richmond, VA 23219-1555 |
| 15573249 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15573251 | + | SublettPearson PLC, P.O. Box 20869, Roanoke, VA 24018-0527 |
| 15573258 | + | Virtuoso, 3033 S. Parker Road, Suite 1000, Aurora, CO 80014-2919 |
| 15573259 | + | Washington DC CCU, P.O. Box 96934, Washington, DC 20090-6934 |
| 15573260 | + | Waypoint Resource Group, PO Box 1081, San Antonio, TX 78294-1081 |
| 15573220 | + | Wood & Wood, 1801 Libbie Avenue, Suite 102, Richmond, VA 23226-1836 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QPJBARRETT.COM | Mar 31 2022 04:13:00 | Peter J. Barrett, Kutak Rock LLP, 341 Dial 866-861-8980 Code: 8499852, 901 East Byrd Street, Suite 1000, Richmond, VA 23219-4071 |
| cr | + | EDI: AISACG.COM | Mar 31 2022 04:13:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15573221 | + | Email/Text: bankruptcy@atlanticunionbank.com | Mar 31 2022 00:15:00 | Atlantic Union Bank, 24010 Partnership Blvd., Ruther Glen, VA 22546-2545 |
| 15573223 | + | Email/Text: bankruptcynotices@callfederal.org | Mar 31 2022 00:15:00 | Call Federal Credit Union, 4605 Commerce Rd., Richmond, VA 23234-2233 |
| 15573225 | + | EDI: CAPITALONE.COM | Mar 31 2022 04:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15573226 | + | EDI: CAPONEAUTO.COM | Mar 31 2022 04:13:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15576305 | + | EDI: AISACG.COM | Mar 31 2022 04:13:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15573227 | | EDI: CITICORP.COM | | |

Case 21-30347-KLP  Doc 78  Filed 04/01/22  Entered 04/02/22 00:11:51  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0422-7 | User: | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 2040 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 31 2022 04:13:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108-0000 |
| 15573228 | + | EDI: CITICORP.COM | Mar 31 2022 04:13:00 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15573229 | + | EDI: CITICORP.COM | Mar 31 2022 04:13:00 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15573230 | + | Email/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Mar 31 2022 00:16:45 | | City of Richmond-Treasurer, 900 E. Broad St., Room 107, Richmond, VA 23219-1907 |
| 15573231 | | EDI: WFNNB.COM | Mar 31 2022 04:13:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218-0000 |
| 15573233 | + | EDI: CRFRSTNA.COM | Mar 31 2022 04:13:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15573234 | + | Email/PDF: creditonebknotifications@resurgent.com Mar 31 2022 00:16:33 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15573638 | | EDI: IRS.COM | Mar 31 2022 04:13:00 | DEPARTMENT OF THE TREASURY-IRS, INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 15573235 | + | EDI: DISCOVER.COM | Mar 31 2022 04:13:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15573241 | | Email/Text: camanagement@mtb.com | Mar 31 2022 00:15:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240-0000 |
| 15573242 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 31 2022 00:15:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15573243 | + | EDI: MID8.COM | Mar 31 2022 04:13:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15573244 | + | Email/Text: netcreditbnc@enova.com | Mar 31 2022 00:15:38 | NetCredit, 175 West Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 15573246 | | Email/Text: joey@rmscollect.com | Mar 31 2022 00:15:00 | Receivable Management Inc, Bankruptcy Dept/Receivables Management S, 7206 Hull Rd Ste 211, Richmond, VA 23235-0000 |
| 15573247 | + | Email/PDF: resurgentbknotifications@resurgent.com Mar 31 2022 00:16:33 | | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15573252 | + | EDI: RMSC.COM | Mar 31 2022 04:13:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15573253 | + | EDI: RMSC.COM | Mar 31 2022 04:13:00 | Syncb/Wal-mart, PO Box 965024, Orlando, FL 32896-5024 |
| 15573254 | + | EDI: RMSC.COM | Mar 31 2022 04:13:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15573255 | + | EDI: RMSC.COM | Mar 31 2022 04:13:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15573256 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 31 2022 00:15:00 | Transworld Systems Inc, PO Box 15520, Wilmington, DE 19850-5520 |
| 15573257 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Mar 31 2022 00:15:00 | United States of America, c/o Office of U.S. Attorney, 101 W. Main St., Suite 8000, Norfolk, VA 23510-1671 |
| 15573261 | + | EDI: WFFC.COM | Mar 31 2022 04:13:00 | Wells Fargo Home Mortgage, MAC X7801-03K, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |

TOTAL: 29

Case 21-30347-KLP   Doc 78   Filed 04/01/22   Entered 04/02/22 00:11:51   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0422-7 | User: | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 30, 2022 | Form ID: 2040 | Total Noticed: 47 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| aty | *+ | Peter J. Barrett, Kutak Rock LLP, 341 Dial 866-861-8980 Code: 8499852, 901 East Byrd Street, Suite 1000, Richmond, VA 23219-4071 |
| 15573238 | * | Internal Revenue Service, Centralized Insolvency Operati, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15573245 | ##+ | Ortho Virginia, PO Box 35725, Richmond, VA 23235-0725 |
| 15573250 | ##+ | Shirley Nesmith, 3004 Montrose Ave., Richmond, VA 23222-2510 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2022              Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| James E. Kane | on behalf of Debtor David Wayne Schneider jkane@kaneandpapa.com info@kaneandpapa.com,jason.kane@kaneandpapa.com,jkrumbein@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com,cdonnell@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Kelly R Gring | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP ecfva@tmppllc.com |
| Mark David Meyer | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007- HE6 bankruptcy@rosenberg-assoc.com |
| Peter J. Barrett | on behalf of Trustee Peter J. Barrett peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |
| Peter J. Barrett | peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |
| Robert A. Canfield | on behalf of Creditor Estate of Shirley Nesmith bcanfield@canfieldbaer.com jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com |
| Shannon Pecoraro | on behalf of U.S. Trustee John P. Fitzgerald  III Shannon.pecoraro@usdoj.gov, june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov |

TOTAL: 8